JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #010911
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROCIO JIMENEZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00532-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF Nos. 14, 17 |

WHEREAS, the parties and their counsel of record have agreed upon a full and final settlement of this case and all claims asserted therein;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ROCIO JIMENEZ, by and through her attorney of record, Justin W. Wilson, Esq., of the law firm HICKS BRASIER, and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its attorney of record, Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as follows:

1. That Plaintiff ROCIO JIMENEZ,'S claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC., be dismissed with prejudice, each party to bear their own attorney's fees and costs;

///

///

///

CLAC 6883813.1

2. The parties further request that this Court vacate any and all pending deadlines or filing dates inasmuch as this case is being dismissed, with prejudice.

DATED this 19th day of April, 2022.

HICKS & BRASIER

_____
JUSTIN W. WILSON, ESQ.
Nevada Bar No. 14646
2630 S. JONES BLVD.
Las Vegas, NV 89146
(702) 660-9249
Attorneys for Plaintiff
ROCIO JIMENEZ

DATED this 19th day of April, 2022.

COOPER LEVENSON, P.A.

_____
JERRY S. BUSBY, ESQ.
Nevada Bar No. 001107
3016 West Charleston Blvd., #195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## ORDER

Based on the parties' stipulation **[ECF No. 17]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions **[ECF No. 14]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 2, 2022

2

CLAC 6883813.1